**Order entered May 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01064-CR

**LARRY LYNN ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-51103-Y**

## ORDER

On March , 2015, this Court ordered court reporter Sharon Hazlewood to file the reporter's record in this appeal by 4:00 p.m. on April 6, 2015. To date, Ms. Hazlewood has neither filed the record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** court reporter Sharon Hazlewood to file, by **4:00 P.M. on MONDAY, MAY 11, 2015**, the complete reporter's record, including all exhibits. We further **ORDER** that Sharon Hazlewood not sit as a court reporter until she has filed the record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; the Dallas County Auditor; the Texas Court Reporters Certification Board; and to counsel for all parties.

/s/    CAROLYN WRIGHT
          CHIEF JUSTICE